# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CONRAD B. LAYTON,                 ) <br>        Plaintiff,                       ) <br>                                    ) <br>     v.                                ) <br>                                    ) <br> NURSING EXPERT HOME HEALTH CARE,     ) <br> CORP. and TUPOU H. LAYTON,           ) <br>        Defendants,                   ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:10-CV-90-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that because the court lacks subject matter jurisdiction over the action, the court ORDERS that this case be DISMISSED.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 20, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Conrad B. Layton (via regular mail to 235 Stonehenge Drive, Dunn, NC 28334)

| | |
|---|---|
| August 20, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |